UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CHARLES KOPP,<br><br>           Plaintiff,<br><br>   v.<br><br>THOMAS A., et al.,<br><br>           Defendants. | No.  2:22-cv-00282-TLN-DMC<br><br>**ORDER** |

      Plaintiff, a prisoner proceeding *pro se*, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to the Local Rules.

      On August 4, 2022, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein.  (ECF No. 21.)  Timely objections to the findings and recommendations have been filed.  (ECF No. 23.)

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed August 4, 2022 (ECF No. 21) are ADOPTED in full;

2. This action shall proceed on the First Amended Complaint as to Plaintiff's medical claim against Defendant Thomas A. only;

3. All other claims and defendants are DISMISSED with prejudice;

4. Plaintiff's Motion to include Romero as a defendant to this action (ECF No. 25) is DENIED consistent with the August 4, 2022 Findings and Recommendations (ECF No. 21) as adopted in full herein; and

5. The matter is referred back to the assigned magistrate judge for further pre-trial proceedings.

**DATED:  October 14, 2022**

_____
Troy L. Nunley
United States District Judge