IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CHARLES KOPP, | No. 2:22-CV-0282-TLN-DMC-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| THOMAS A., | |
| Defendant. | |

   Plaintiff, who is proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion, ECF No. 20, which appears to relate to a misconduct complaint filed in the California Supreme Court.

   In his motion, Plaintiff complains of a "wall of prejudice" with respect to a recent denial by the California Supreme Court of Plaintiff's misconduct complaint.  <u>See</u> ECF No. 20, pg. 1. Plaintiff asks that he "be allowed to even give a true statement, be allowed to show unseen evidence, or even a second interview other than the only one I've had on 3-1-19."  <u>Id.</u>  As the current action does not involve misconduct matters before the California Supreme Court, Plaintiff's motion will be denied.  Plaintiff is free to file a proper petition with the California Supreme Court.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion, ECF No. 20, is denied.

**Dated: June 5, 2023**

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE