IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CHARLES KOPP,<br><br>  Plaintiff,<br><br>  v.<br><br>THOMAS A.,<br><br>  Defendant. | No.  2:22-CV-0282-TLN-DMC-P<br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

A review of the docket reflects that Defendant filed a waiver of service on November 1, 2022.  See ECF No. 32.  In the waiver, Defendant acknowledges that his response to Plaintiff's complaint was due within 60 days of October 19, 2022.  See id.  To date, Defendant has not sought an extension of time to respond or filed a response to Plaintiff's complaint.  Plaintiff shall show cause in writing within 30 days of the date of this order why this action should not be dismissed for failure to prosecute this action by way of default proceedings.

  IT IS SO ORDERED.

Dated:  June 5, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1