IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CHARLES KOPP,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS A.,<br><br>　　　　Defendant. | No. 2:22-CV-0282-TLN-DMC-P<br><br><br><br>ORDER |

  Plaintiff, who is proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 34, seeking an order for protective custody.

  Plaintiff asks that he be placed in protective custody or witness protection by Yuba County. See ECF No. 34, pg. 5. According to Plaintiff, he is scheduled for release to Yuba County, apparently to a halfway house, where he will be required to wear a monitor. See id. at 1-2. Plaintiff also asserts that the defendant in this case "worked with known felons [in Yuba County] to gather fake evidence. . . ." Id. at 2. The docket reflects that Plaintiff filed a notice of change of address to the Yuba Life Building Center in Marysville, California, on February 17, 2023. See ECF No. 37.

  Plaintiff's request is properly addressed by Yuba County, not this Court, and accordingly will be denied. This Order is without prejudice to Plaintiff filing a proper petition with Yuba

County.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion, ECF No. 34, is denied.

**Dated: June 16, 2023**

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2