IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CHARLES KOPP,<br><br>    Plaintiff,<br><br>  v.<br><br>THOMAS A.,<br><br>    Defendant. | No.  2:22-CV-0282-TLN-DMC-P<br><br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.   Pending before the Court are Plaintiff's motions, ECF No. 36 and 39, to expedite this case and prevent his transfer to Yuba County.

Turning first to Plaintiff's request that the Court issue an order preventing his transfer to Yuba County, Plaintiff's request is moot because, as reflected by the docket, Plaintiff has already been transferred to a facility in Yuba County, apparently a halfway house for parolees.  As explained in the Court's prior order, Plaintiff is free to petition the appropriate county agency for further relief in light of Plaintiff's stated fears for his safety in Yuba County.

Plaintiff's motions primarily seek orders to expedite resolution of this case on the merits.  Plaintiff's motions will be denied.  As previously explained in the Court's order to show cause, a review of the docket reflects that the sole defendant, Thomas A., has been served and has not timely responded to the complaint.  Thus, the burden is on Plaintiff to appropriately prosecute

this case by way of default proceedings.  The Court cannot litigate Plaintiff's case for him.  The Court will, however, monitor the case for Plaintiff's response to the Court's June 6, 2023, order to show cause regarding further prosecution of this action.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motions to expedite, ECF No. 36 and 39, are denied.

**Dated:  June 20, 2023**

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE